B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Papadimitriou, Kostas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7908** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**132 Old Barrington Road**<br>**North Barrington, IL**<br><br>ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Papadimitriou, Kostas** |
|---|---|

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)          (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Papadimitriou, Kostas** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **/s/ Kostas Papadimitriou**
_____
Signature of Debtor **Kostas Papadimitriou**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 28, 2009**
Date

**Signature of Foreign Representative**

X _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

### Signature of Attorney*

X **/s/ David E. Cohen**
_____
Signature of Attorney for Debtor(s)

**David E. Cohen 6192149**
_____
Printed Name of Attorney for Debtor(s)

**David E. Cohen, P.C.**
_____
Firm Name
**55 West Monroe Street**
**Suite 600**
**Chicago, IL 60603**
_____
Address

**Email: DavidECohen@lawcohen.com**
**(312) 606-3451  Fax: (312) 606-0117**
_____
Telephone Number
**December 28, 2009**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kostas Papadimitriou**                                Case No. _____
<br>                                       Debtor(s)           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kostas Papadimitriou**
                               **Kostas Papadimitriou**

Date:    **December 28, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Kostas Papadimitriou**                                                    ,      Case No. _____

                                   Debtor

                                                                                              Chapter                        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 920,000.00 | | |
| B - Personal Property | Yes | 4 | 217,900.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,984,271.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 4,207.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 587,598.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 15,475.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 1,137,900.00 | | |
| Total Liabilities | | | | 2,576,076.28 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kostas Papadimitriou**
_____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Kostas Papadimitriou**                                                          ,     Case No. _____

                                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **132 Old Barrington Road, North Barrington, Illinois 60010** | **Tenants by the Entireties** | **J** | **650,000.00** | **1,800,564.00** |
| **1250 South Michigan Avenue, #506, Chicago, Illinois** | **Fee simple** | **-** | **270,000.00** | **183,707.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **920,000.00** | (Total of this page) |
| Total > | **920,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Kostas Papadimitriou**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account - Edens Bank | J | 3,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit - Imperial Realty | J | 140,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furniture,  television, computers | J | 15,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD's, book, pictures | J | 1,000.00 |
| 6. | Wearing apparel. | | Wearing apparel | - | 2,000.00 |
| 7. | Furs and jewelry. | | Watch, Ring | - | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         161,300.00
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kostas Papadimitriou**
_____,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - Edens Bank** | - | 12,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Kospir, Inc.** | - | 0.00 |
| | | **Spirko, LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent - 1250 S. Michigan, Chicago, Illinois** | - | 1,600.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **13,600.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kostas Papadimitriou**                              ,   Case No. _____

                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Freightliner | - | 15,000.00 |
| | | 2000 Dodge Ram 2500 | - | 1,000.00 |
| | | 2003 Hyundai GT | - | 4,000.00 |
| | | 2004 Audi A8L | J | 15,000.00 |
| | | 1995 Volvo Box Truck | - | 6,000.00 |
| | | Motorcycle | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >   **41,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kostas Papadimitriou**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **garden tractor, snow blower, trailer, power washer** | **J** | **2,000.00** |

Sub-Total >    **2,000.00**
(Total of this page)

Total >    **217,900.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Kostas Papadimitriou**                                    Case No. _____
                                          ,
                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **132 Old Barrington Road, North Barrington, Illinois 60010** | **735 ILCS 5/12-901** | **15,000.00** | **650,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Money Market Account - Edens Bank** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **3,000.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods, furniture,  television, computers** | **735 ILCS 5/12-1001(b)** | **1,800.00** | **15,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CD's, book, pictures** | **735 ILCS 5/12-1001(b)** | **400.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **2,000.00** |
| **Furs and Jewelry** | | | |
| **Watch, Ring** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA - Edens Bank** | **735 ILCS 5/12-704** | **12,000.00** | **12,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Audi A8L** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **15,000.00** |

|  | Total: | **35,400.00** | **698,300.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Kostas Papadimitriou**                                                    Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxx2542**  <br><br>**Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | X | - | | | **First Mortgage**<br><br>**132 Old Barrington Road, North Barrington, Illinois 60010** | | | | | |
| | | | | | Value $            **650,000.00** | | | | **600,564.00** | **0.00** |
| Account No. **xxxxxxxx9310**  <br><br>**EMC Mortgage**<br>**Attention: Bankruptcy Clerk**<br>**PO Box 293150**<br>**Lewisville, TX 75029** | | - | | | **Opened 3/01/05 Last Active 6/09/09**<br><br>**Mortgage**<br><br>**1250 South Michigan Avenue, #506, Chicago, Illinois** | | | | | |
| | | | | | Value $            **270,000.00** | | | | **183,707.00** | **0.00** |
| Account No.  <br><br>**Inland Bank**<br>**4556 LaGrange Road**<br>**La Grange, IL 60525** | | - | | | **Second Mortgage**<br><br>**132 Old Barrington Road, North Barrington, Illinois 60010** | | | | | |
| | | | | | Value $            **650,000.00** | | | | **1,200,000.00** | **1,150,564.00** |
| Account No.  | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__    continuation sheets attached

| | Subtotal <br>(Total of this page) | **1,984,271.00** | **1,150,564.00** |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **1,984,271.00** | **1,150,564.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Kostas Papadimitriou**                                                    , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Kostas Papadimitriou**                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 9/2009 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60601** | - | | **Sales tax liability for Spirko, LLC** | | | | | **0.00** | |
| | | | | | | | 4,207.00 | 4,207.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 4,207.00 | 4,207.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 4,207.00 | 4,207.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Kostas Papadimitriou**                                                           Case No. _____
                                                                                ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has no creditors with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A-Z Sales Inc.**<br>**3717 N. Cicero Ave.**<br>**Chicago, IL 60641** | X | | **Corporate debt** | | | X | 325.46 |
| Account No.<br><br>**A.B Company Inc.**<br>**6525 N. Proesel Ave.**<br>**Lincolnwood, IL 60712** | X | | **Corporate debt** | | | X | 1,331.43 |
| Account No. **xx8670**<br><br>**A/r Concepts**<br>**2320 Dean St**<br>**Saint Charles, IL 60175** | - | | **Med1 Bright Light Radiology** | | | | 581.00 |
| Account No.<br><br>**AAA Price Tag**<br>**3388 N. Avondale**<br>**Chicago, IL 60618** | X | | **Corporate debt** | | | X | 3,637.70 |
| _22_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 5,875.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:35121-091215   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kostas Papadimitriou**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Adamba Imports Intl** <br> **3713 N. 25th Ave.** <br> **Schiller Park, IL 60516** | X | | | **Corporate debt** | | | X | <br><br><br> **1,312.25** |
| Account No. <br><br> **Advocate General Hospital** <br> **1775 W. Dempster** <br> **Park Ridge, IL 60068** | - | | | **Medical** | | | | <br><br><br> **517.70** |
| Account No. xxxxxxxxxxxx7356 <br><br> **Amalgamated Bk Chicago** <br> **P.O. Box 1106** <br> **Chicago, IL 60690** | - | | | **Opened  1/01/92  Last Active 11/23/09** <br> **CreditCard** | | | | <br><br><br> **3,117.00** |
| Account No. <br><br> **American Bottling** <br> **21431 Network Pl.** <br> **Chicago, IL 60673** | X | | | **Corporate debt** | | | X | <br><br><br> **689.73** |
| Account No. xxxxxxxxxxxx4603 <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | - | | | **Opened 12/01/83  Last Active  6/29/08** <br> **CreditCard** | | | | <br><br><br> **122.00** |

| | | |
|---|---|---|
| Sheet no. __1__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **5,758.68** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kostas Papadimitriou**                                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate debt | | | | |
| American Express P.O. Box 53773 Phoenix, AZ 85072 | X | | | | | X | 182.00 |
| Account No. | | | Corporate debt | | | | |
| Amerigas 1030 N. Skokie Hwy. Gurnee, IL 60031 | X | | | | | X | 168.56 |
| Account No. | | | Corporate debt | | | | |
| Amigos Foods 5251 S. Millard Chicago, IL 60632 | X | | | | | X | 16,742.47 |
| Account No. | | | Corporate debt | | | | |
| Andy's Deli 4021 W. Kinzie Chicago, IL 60624 | X | | | | | X | 674.12 |
| Account No. | | | Corporate debt | | | | |
| ANS Seafood 726 Barberry Rd. Highland Park, IL 60035 | X | | | | | X | 637.62 |

Sheet no. __2___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **18,404.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kostas Papadimitriou**                                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Antony Morano Co. 3000 S. Ashland Ave. #100 Chicago, IL 60608 | X | | | | | | X | 55,268.36 |
| Account No. | | | | Corporate debt | | | | |
| Ashland Sausage 280 Westgate Dr. Carol Stream, IL 60188 | X | | | | | | X | 1,474.39 |
| Account No. xxxx6304 | | | | Opened  5/01/08 FactoringCompanyAccount Value City - Hsbc | | | | |
| Asset Acceptance Po Box 2036 Warren, MI 48090 | - | | | | | | | 259.00 |
| Account No. | | | | Corporate debt | | | | |
| Athenian Foods 1814 N. 15th Ave. Melrose Park, IL 60160 | X | | | | | | X | 754.80 |
| Account No. | | | | Corporate debt | | | | |
| Atlantic Press 5501 W. 110th St. Oak Lawn, IL 60453 | X | | | | | | X | 5,203.33 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,959.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                   ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Atlas Co. 5050 N. River Rd. Schiller Park, IL 60176 | X | | | | | | X | 1,052.80 |
| Account No. | | | | Corporate debt | | | | |
| Auster Company 2404 S. Wolcott Ave. #3233 Chicago, IL 60608 | X | | | | | | X | 1,297.00 |
| Account No. | | | | Corporate debt | | | | |
| Baltic Food Distr. 1041 VanDustrial Dr. Westmont, IL 60559 | X | | | | | | X | 1,956.80 |
| Account No. | | | | Corporate debt | | | | |
| BASCO 2622 W. Peterson Chicago, IL 60659 | X | | | | | | X | 1,390.00 |
| Account No. | | | | Corporate debt | | | | |
| Battaglia Distr. 2545 S. Ashland Ave. Chicago, IL 60608 | X | | | | | | X | 2,734.42 |

Sheet no. __4___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,431.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kostas Papadimitriou**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Bon Ton Food Svc 275 E. Hintz St. Wheeling, IL 60090 | X | | | | | | X | 2,437.64 |
| Account No. | | | | Corporate debt | | | | |
| Broadview Security P.O. Box 631877 Irving, TX 75063 | X | | | | | | X | 82.98 |
| Account No. | | | | Corporate debt | | | | |
| Bulcon Ltd 102 Augusta Dr. Gilberts, IL 60136 | X | | | | | | X | 1,740.00 |
| Account No. xxxxxxxx1060 | | | | Opened 12/01/06  Last Active 12/01/09 CreditCard | | | | |
| Capital One Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | - | | | | | | | 12,289.00 |
| Account No. | | | | Corporate debt | | | | |
| Chelton USA P.O. Box 127 Glenview, IL 60025 | X | | | | | | X | 204.35 |

Sheet no. __5__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **16,753.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                                      ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City Wide Produce**<br>**2404 S. Wolcott Ave.**<br>**#2930**<br>**Chicago, IL 60608** | X | | Corporate debt | | | X | 1,031.75 |
| Account No. **xxxxxxxx1257**<br><br>**Collection**<br>**Attn: Bankrutpcy Department**<br>**Po Box 10587**<br>**Greenville, SC 29603** | - | | Opened  9/01/04  Last Active 12/03/09<br>CreditCard | | | | 287.00 |
| Account No.<br><br>**Cuisine de France**<br>**P.O. Box 800**<br>**Wayne, PA 19087** | X | | Corporate debt | | | X | 5,526.91 |
| Account No.<br><br>**David Bojan CPA**<br>**2623 Chesapeake Ln.**<br>**Northbrook, IL 60062** | X | | Corporate debt | | | X | 1,225.00 |
| Account No.<br><br>**Dearborn Wholesale**<br>**2801 S. Western Ave.**<br>**Chicago, IL 60608** | X | | Corporate debt | | | X | 10,751.46 |

Sheet no. __6___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,822.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**
                                                          ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate debt | | | | |
| Dietz & Kolodenko 2404 S. Wolcott Ave #24-25 Chicago, IL 60608 | X | | | | | | | X | 1,473.00 |
| Account No. | | | | | Corporate debt | | | | |
| Dimitris Produce 4018 N. Octavia Ave. Norridge, IL 60706 | X | | | | | | | X | 15,726.50 |
| Account No. xxxxxxxx6022 | | | | | Opened  7/01/00  Last Active 11/10/09 CreditCard | | | | |
| Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | - | | | | | | | | 306.00 |
| Account No. | | | | | Corporate debt | | | | |
| DPI Midwest 3812 Collection Ctr Dr. Chicago, IL 60693 | X | | | | | | | X | 7,285.54 |
| Account No. | | | | | Corporate debt | | | | |
| Dutch Farms 1573 Momentum Pl. Chicago, IL 60689 | X | | | | | | | X | 2,892.82 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,683.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kostas Papadimitriou**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Eagle Distrib. Inc.<br>5632 N. Northwest Highway<br>Chicago, IL 60646 | X | | | Corporate debt | | | X | 1,274.97 |
| Account No.<br><br>El Rey Seafood<br>4315 S. Tripp Ave.<br>Chicago, IL 60632 | X | | | Corporate debt | | | X | 2,058.45 |
| Account No.<br><br>Evergreen Intern'l<br>2404 S. Wolcott Ave<br>#8&9<br>Chicago, IL 60608 | X | | | Corporate debt | | | X | 140.00 |
| Account No.<br><br>Every Day Fresh Prod<br>P.O. Box #656<br>Lemont, IL 60439 | X | | | Corporate debt | | | X | 1,604.00 |
| Account No.<br><br>Fantis Imports Inc.<br>3612 N. Acorn Ln.<br>Franklin Pk, IL 60131 | X | | | Corporate debt | | | X | 633.52 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,710.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kostas Papadimitriou**                              ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| FDI Food Depot Intl 1178 Flex Ct. Lake Zurich, IL 60047 | X | | | | | | X | 685.55 |
| Account No. | | | | Legal fees | | | | |
| Feinberg, Dennis 221 N. LaSalle St. Suite 1100 Chicago, IL 60601 | - | | | | | | | Unknown |
| Account No. | | | | Corporate debt | | | | |
| Fresh Made Inc. 6431 W. Oakton Morton Grove, IL 60053 | X | | | | | | X | 1,121.45 |
| Account No. | | | | Corporate debt | | | | |
| Gil & Gil 4072 S.  Francisco Ave. Chicago, IL 60632 | X | | | | | | X | 1,275.66 |
| Account No. | | | | Corporate debt | | | | |
| Globalcom 200 E. Randolph St. Ste 2300 Chicago, IL 60601 | X | | | | | | X | 2,588.86 |

Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 5,671.52 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                          ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **GNP Mamagement Group** <br> **P.O. Box 389509** <br> **Chicago, IL 60638** | - | | | | | | | 284.37 |
| Account No. <br><br> **Golden Country Orient** <br> **2355 S. Blue Island Ave.** <br> **Chicago, IL 60608** | X | | | Corporate debt | | | X | 2,450.52 |
| Account No. <br><br> **Goya Foods Inc.** <br> **36744 Eagleway** <br> **Chicago, IL 60678** | X | | | Corporate debt | | | X | 1,849.20 |
| Account No. <br><br> **Greenridge Farm, Inc.** <br> **2355 Greenleaf Ave.** <br> **Elk Grove Village, IL 60007** | X | | | Corporate debt | | | | 2,213.51 |
| Account No. <br><br> **Groot Industries Inc** <br> **P.O. Box 92317** <br> **Elk Grove Village, IL 60009** | X | | | Corporate debt | | | X | 1,049.47 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,847.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kostas Papadimitriou**                                            Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Gurman G.I.F.T. 60 E. Beech Dr. #317 Schaumburg, IL 60193 | X | | | | | | X | 3,537.32 |
| Account No. | | | | Corporate debt | | | | |
| Hartland Produce Co. 4550 70th Ave. Kenosha, WI 53144 | X | | | | | | X | 3,913.25 |
| Account No. | | | | Corporate debt | | | | |
| Hawthorn Melody P. O. Box 299 Rockford, IL 61105 | X | | | | | | X | 2,441.99 |
| Account No. | | | | Corporate debt | | | | |
| Hyson USA Inc. 612 Supreme Dr. Bensenville, IL 60106 | X | | | | | | | 10,660.73 |
| Account No. | | | | Corporate debt | | | | |
| Icemakers P.O. Box 5436 Chicago, IL 60680 | X | | | | | | X | 150.00 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,703.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                                  , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8711**<br><br>**Illinois Tollway Authority**<br>**Authority Drive**<br>**Downers Grove, IL 60515** | | - | | **Illinois Tollway Authority** | | | | 438.00 |
| Account No.<br><br>**Imperial Realty Company/Klairmont Corners, LLC**<br>**4800 W. Peterson**<br>**Chicago, IL 60646** | X | - | | **Guaranty of lease** | | | X | 250,000.00 |
| Account No.<br><br>**Int'l Golden Foods**<br>**819 Industrial Dr.**<br>**Bensenville, IL 60106** | X | | | **Corporate debt** | | | X | 1,145.87 |
| Account No.<br><br>**Integrys Energy Svcs**<br>**P.O. Box 19046**<br>**Green Bay, WI 54307** | X | | | **Corporate debt** | | | X | 8,938.07 |
| Account No.<br><br>**J & R Dairy Svcs.**<br>**5350 W. 38th St.**<br>**Cicero, IL 60804** | X | | | **Corporate debt** | | | X | 4,262.99 |

Sheet no. __**12**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    264,784.93

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                          ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| JAB Produce 2404 S. Wolcott #23 Chicago, IL 60608 | X | | | | | | X | 1,848.50 |
| Account No. | | | | Corporate debt | | | | |
| Jack Tuchten Whlsle 2404 S. Wolcott Ave. #31 Chicago, IL 60608 | X | | | | | | X | 14,969.50 |
| Account No. | | | | Corporate debt | | | | |
| Jasper Meats 9 Morgan Ln Barrington, IL 60010 | X | | | | | | X | 1,152.22 |
| Account No. | | | | Corporate debt | | | | |
| Jeanette/Kristine Ent 4724 Keystone Ave. Chicago, IL 60630 | X | | | | | | X | 7,086.77 |
| Account No. | | | | Corporate debt | | | | |
| Kehe Food Distrib. 900 N. Schmidt Rd. Romeoville, IL 60446 | X | | | | | | X | 349.19 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,406.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kostas Papadimitriou**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Krinos Foods Inc. 47-00 Northern Blv. Long Island Cty, NY 11101 | X | | | | | | X | |
| | | | | | | | | 2,945.72 |
| Account No. | | | | Corporate debt | | | | |
| L. Isaacson & Stein 800 W. Fulton Market Chicago, IL 60607 | X | | | | | | X | |
| | | | | | | | | 758.84 |
| Account No. | | | | Corporate debt | | | | |
| Lifeway Foods Inc. 6431 W. Oakton St. Morton Grove, IL 60053 | X | | | | | | X | |
| | | | | | | | | 4,309.30 |
| Account No. | | | | Corporate debt | | | | |
| Lipari Foods 26661 Bunert Rd. Warren, MI 48089 | X | | | | | | X | |
| | | | | | | | | 1,650.62 |
| Account No. | | | | Corporate debt | | | | |
| Lowell Int'l Co. 9234 W. Belmont Ave. Franklin Pk, IL 60131 | X | | | | | | X | |
| | | | | | | | | 2,344.40 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,008.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate debt | | | | |
| Ludwig Dairy Inc. 1270 Mark St. Elk Grove Village, IL 60007 | X | | | | | X | 672.79 |
| Account No. | | | Corporate debt | | | | |
| Mandolini Co. 2404 S. Wolcott Ave #28 Chicago, IL 60608 | X | | | | | X | 516.00 |
| Account No. | | | Corporate debt | | | | |
| Metropolitan Rotary 714 S. Rosehall Ln Round Lake, IL 60073 | X | | | | | X | 625.60 |
| Account No. | | | Corporate debt | | | | |
| Michael Ralph Ralph, Schwab, Schiever Chtd. 175 East Hawthorn Parkway #345 Vernon Hills, IL 60061 | X | | | | | X | 3,000.00 |
| Account No. | | | Corporate debt | | | | |
| Milfico Foods Inc. 1350 Greenleaf Ave. Elk Grove Village, IL 60007 | X | | | | | X | 695.50 |

Sheet no. __15__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,509.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kostas Papadimitriou_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Natar Foods 17 53rd St. Brooklyn, NY 11232 | X | | | | | | X | 2,842.06 |
| Account No. | | | | Corporate debt | | | | |
| Nealy Foods 900 W. Fulton Market Chicago, IL 60607 | X | | | | | | X | 15,127.69 |
| Account No. xx0101 | | | | Opened 1/20/06 Last Active 11/10/09 Agriculture | | | | |
| Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | - | | | | | | | 107.00 |
| Account No. | | | | Corporate debt | | | | |
| Nicor Gas P.O. Box 0416 Aurora, IL 60568 | X | | | | | | X | 130.00 |
| Account No. | | | | Corporate debt | | | | |
| Nopalina Midwest 7786 Nursery Dr. Gurnee, IL 60031 | X | | | | | | X | 535.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   18,741.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kostas Papadimitriou** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Norman Distrib. 5203 W. 65th St. Bedford Pk, IL 60638 | X | | | | | | X | 582.36 |
| Account No. | | | | Corporate debt | | | | |
| Northern Country 1112 S. Railroad St. SE Bemidji, MN 56619 | X | | | | | | X | 320.00 |
| Account No. | | | | Corporate debt | | | | |
| Northern Leasing System 132 W. 31st St. New York, NY 10001 | X | | | | | | X | 594.68 |
| Account No. | | | | Corporate debt | | | | |
| Oberweis Dairy 951 Icecream Dr. Swt One N. Aurora, IL 60542 | X | | | | | | X | 288.96 |
| Account No. | | | | Corporate debt | | | | |
| Omogenia & Chicago 7902 Maple St. Morton Grove, IL 60053 | X | | | | | | X | 500.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,286.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                              ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Optima Foods Chgo 241 Holbrook Dr. Wheeling, IL 60090 | X | | | | | | X | 2,674.69 |
| Account No. | | | | Corporate debt | | | | |
| Orlando Greco & Sons 191 Tubeway Dr. Carol Stream  IL | X | | | | | | X | 4,736.42 |
| Account No. | | | | Corporate debt | | | | |
| PARS Ice Cream Inc. 2700 W. Division Melrose Park, IL 60160 | X | | | | | | X | 676.90 |
| Account No. | | | | Corporate debt | | | | |
| Peoria Packing Ltd 1307 W. Lake St. Chicago, IL 60607 | X | | | | | | X | 5,843.95 |
| Account No. | | | | Corporate debt | | | | |
| Racconto 2060 Janice Ave. Melrose Park, IL 60160 | X | | | | | | X | 449.55 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     14,381.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                        ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Raja Foods 8110 N. St. Louis Ave. Skokie, IL 60076 | X | | | | | | X | |
| | | | | | | | | 830.42 |
| Account No. | | | | Corporate debt | | | | |
| RBS WorldPay 8110 N. St. Louis Ave Ste 260 Atlanta, GA 30350 | X | | | | | | X | |
| | | | | | | | | 30.00 |
| Account No. | | | | Corporate debt | | | | |
| Registry Steaks/Seafoods 7661 S. 70th Ave. Unit B Bridgeview, IL 60455 | X | | | | | | X | |
| | | | | | | | | 7,320.62 |
| Account No. | | | | Corporate debt | | | | |
| Schafer Fisheries Inc. 2112 Sandridge Rd. Thomson, IL 61285 | X | | | | | | X | |
| | | | | | | | | 247.50 |
| Account No. | | | | Corporate debt | | | | |
| Shore Egg & Produce 1135 W. Fulton Market Chicago, IL 60607 | X | | | | | | X | |
| | | | | | | | | 4,822.86 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,251.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kostas Papadimitriou**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporat debt | | | | |
| SLI Corp. 3445 N. Kimball Ave. Chicago, IL 60618 | X | | | | | | X | |
| | | | | | | | | 228.60 |
| Account No. | | | | Corporate debt | | | | |
| Strube Celery & Vege 2404 S. Wolcott Ave. #16-20 Chicago, IL 60608 | X | | | | | | X | |
| | | | | | | | | 3,054.00 |
| Account No. | | | | Corporate debt | | | | |
| Svet Int'l Publishing 350 E. Dundee rd. Ste. 206 Wheeling, IL 60090 | X | | | | | | X | |
| | | | | | | | | 1,000.00 |
| Account No. | | | | Corporate debt | | | | |
| Telecheck Svcs P.O. Box  60028 City of Industry, CA 91716 | X | | | | | | X | |
| | | | | | | | | 294.34 |
| Account No. | | | | Corporate debt | | | | |
| TransNational 3701 Algonquin Rd. Rolling Meadows, IL 60008 | X | | | | | | X | |
| | | | | | | | | 2,258.33 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,835.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kostas Papadimitriou**_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate debt | | | | |
| **Unifirst Corp.** **P.O. Box 911526** **Dallas, TX 75391** | X | | | | | | X | |
| | | | | | | | | **1,207.00** |
| Account No. | | | | Corporate debt | | | | |
| **V&G Commerce LLC** **881 Central Ave.** **Woodale, IL 60191** | X | | | | | | X | |
| | | | | | | | | **1,233.54** |
| Account No. | | | | Corporate debt | | | | |
| **V&V Supremo** **2141 S. Throop** **Chicago, IL 60608** | X | | | | | | X | |
| | | | | | | | | **2,218.80** |
| Account No. | | | | Corporate debt | | | | |
| **Valassis** **90469 Collection Ctr Dr.** **Chicago, IL 60693** | X | | | | | | X | |
| | | | | | | | | **3,378.00** |
| Account No. | | | | Corporate debt | | | | |
| **Vanguard Energy Services** **850 E. Diehl Rd.** **Ste. 142** **Naperville, IL 60563** | X | | | | | | X | |
| | | | | | | | | **33.30** |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,070.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kostas Papadimitriou**                                                                ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate debt | | | | |
| Voortman Cookies P. O. Box 4562 Buffalo, NY 14240 | X | | | | | | X | 367.98 |
| Account No. | | | | Corporate debt | | | | |
| Wein Baver Dist. Inc. 10600 Seymour Franklin Pk, IL 60131 | X | | | | | | X | 461.90 |
| Account No. | | | | Corporate debt | | | | |
| World Wide Produce 2404 S. Wolcott Ave #1-4 Chicago, IL 60608 | X | | | | | | X | 6,201.00 |
| Account No. | | | | Corporate debt | | | | |
| YPV Distrib. Inc. 160 Scott St. Elk Grove Village, IL 60007 | X | | | | | | X | 4,301.74 |
| Account No. | | | | Corporate debt | | | | |
| Ziyad Brothers Import 5400 W. 35th St. Chicago, IL 60604 | X | | | | | | X | 366.50 |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 11,699.12 |
| | Total (Report on Summary of Schedules) | 587,598.28 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Kostas Papadimitriou**                          ,     Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **Kostas Papadimitriou**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jane Papasimitriou**<br>**132 Old Barrington Road**<br>**North Barrington, IL 60010** | **Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** |
| **Spirko, LLC** | **A-Z Sales Inc.**<br>**3717 N. Cicero Ave.**<br>**Chicago, IL 60641** |
| **Spirko, LLC** | **A.B Company Inc.**<br>**6525 N. Proesel Ave.**<br>**Lincolnwood, IL 60712** |
| **Spirko, LLC** | **AAA Price Tag**<br>**3388 N. Avondale**<br>**Chicago, IL 60618** |
| **Spirko, LLC** | **Adamba Imports Intl**<br>**3713 N. 25th Ave.**<br>**Schiller Park, IL 60516** |
| **Spirko, LLC** | **American Bottling**<br>**21431 Network Pl.**<br>**Chicago, IL 60673** |
| **Spirko, LLC** | **American Express**<br>**P.O. Box 53773**<br>**Phoenix, AZ 85072** |
| **Spirko, LLC** | **Amerigas**<br>**1030 N. Skokie Hwy.**<br>**Gurnee, IL 60031** |
| **Spirko, LLC** | **Amigos Foods**<br>**5251 S. Millard**<br>**Chicago, IL 60632** |
| **Spirko, LLC** | **Andy's Deli**<br>**4021 W. Kinzie**<br>**Chicago, IL 60624** |
| **Spirko, LLC** | **ANS Seafood**<br>**726 Barberry Rd.**<br>**Highland Park, IL 60035** |

**8**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re   **Kostas Papadimitriou**                                                                 ,   Case No. _____
                                                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Spirko, LLC** | **Antony Morano Co.**<br>**3000 S. Ashland Ave.**<br>**#100**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Ashland Sausage**<br>**280 Westgate Dr.**<br>**Carol Stream, IL 60188** |
| **Spirko, LLC** | **Athenian Foods**<br>**1814 N. 15th Ave.**<br>**Melrose Park, IL 60160** |
| **Spirko, LLC** | **Atlantic Press**<br>**5501 W. 110th St.**<br>**Oak Lawn, IL 60453** |
| **Spirko, LLC** | **Atlas Co.**<br>**5050 N. River Rd.**<br>**Schiller Park, IL 60176** |
| **Spirko, LLC** | **Auster Company**<br>**2404 S. Wolcott Ave.**<br>**#3233**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Baltic Food Distr.**<br>**1041 VanDustrial Dr.**<br>**Westmont, IL 60559** |
| **Spirko, LLC** | **BASCO**<br>**2622 W. Peterson**<br>**Chicago, IL 60659** |
| **Spirko, LLC** | **Battaglia Distr.**<br>**2545 S. Ashland Ave.**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Bon Ton Food Svc**<br>**275 E. Hintz St.**<br>**Wheeling, IL 60090** |
| **Spirko, LLC** | **Broadview Security**<br>**P.O. Box 631877**<br>**Irving, TX 75063** |
| **Spirko, LLC** | **Bulcon Ltd**<br>**102 Augusta Dr.**<br>**Gilberts, IL 60136** |
| **Spirko, LLC** | **Chelton USA**<br>**P.O. Box 127**<br>**Glenview, IL 60025** |

Sheet   __1__   of   __8__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Kostas Papadimitriou**                                                    , Case No. _____
                                                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Spirko, LLC** | **City Wide Produce**<br>**2404 S. Wolcott Ave.**<br>**#2930**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Cuisine de France**<br>**P.O. Box 800**<br>**Wayne, PA 19087** |
| **Spirko, LLC** | **David Bojan CPA**<br>**2623 Chesapeake Ln.**<br>**Northbrook, IL 60062** |
| **Spirko, LLC** | **Dearborn Wholesale**<br>**2801 S. Western Ave.**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Dietz & Kolodenko**<br>**2404 S. Wolcott Ave**<br>**#24-25**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Dimitris Produce**<br>**4018 N. Octavia Ave.**<br>**Norridge, IL 60706** |
| **Spirko, LLC** | **DPI Midwest**<br>**3812 Collection Ctr Dr.**<br>**Chicago, IL 60693** |
| **Spirko, LLC** | **Dutch Farms**<br>**1573 Momentum Pl.**<br>**Chicago, IL 60689** |
| **Spirko, LLC** | **Eagle Distrib. Inc.**<br>**5632 N. Northwest Highway**<br>**Chicago, IL 60646** |
| **Spirko, LLC** | **El Rey Seafood**<br>**4315 S. Tripp Ave.**<br>**Chicago, IL 60632** |
| **Spirko, LLC** | **Evergreen Intern'l**<br>**2404 S. Wolcott Ave**<br>**#8&9**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Every Day Fresh Prod**<br>**P.O. Box #656**<br>**Lemont, IL 60439** |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Kostas Papadimitriou**                                        Case No. _____

_____,

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spirko, LLC** | **Fantis Imports Inc.**<br>3612 N. Acorn Ln.<br>Franklin Pk, IL 60131 |
| **Spirko, LLC** | **FDI Food Depot Intl**<br>1178 Flex Ct.<br>Lake Zurich, IL 60047 |
| **Spirko, LLC** | **Fresh Made Inc.**<br>6431 W. Oakton<br>Morton Grove, IL 60053 |
| **Spirko, LLC** | **Gil & Gil**<br>4072 S.  Francisco Ave.<br>Chicago, IL 60632 |
| **Spirko, LLC** | **Globalcom**<br>200 E. Randolph St.<br>Ste 2300<br>Chicago, IL 60601 |
| **Spirko, LLC** | **Golden Country Orient**<br>2355 S. Blue Island Ave.<br>Chicago, IL 60608 |
| **Spirko, LLC** | **Goya Foods Inc.**<br>36744 Eagleway<br>Chicago, IL 60678 |
| **Spirko, LLC** | **Greenridge Farm, Inc.**<br>2355 Greenleaf Ave.<br>Elk Grove Village, IL 60007 |
| **Spirko, LLC** | **Groot Industries Inc**<br>P.O. Box 92317<br>Elk Grove Village, IL 60009 |
| **Spirko, LLC** | **Gurman G.I.F.T.**<br>60 E. Beech Dr.<br>#317<br>Schaumburg, IL 60193 |
| **Spirko, LLC** | **Hartland Produce Co.**<br>4550 70th Ave.<br>Kenosha, WI 53144 |
| **Spirko, LLC** | **Hawthorn Melody**<br>P. O. Box 299<br>Rockford, IL 61105 |
| **Spirko, LLC** | **Hyson USA Inc.**<br>612 Supreme Dr.<br>Bensenville, IL 60106 |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Kostas Papadimitriou**                                    Case No. _____
_____ ,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spirko, LLC** | **Icemakers**<br>**P.O. Box 5436**<br>**Chicago, IL 60680** |
| **Spirko, LLC** | **Imperial Realty Company/Klairmont**<br>**Corners, LLC**<br>**4800 W. Peterson**<br>**Chicago, IL 60646** |
| **Spirko, LLC** | **Int'l Golden Foods**<br>**819 Industrial Dr.**<br>**Bensenville, IL 60106** |
| **Spirko, LLC** | **Integrys Energy Svcs**<br>**P.O. Box  19046**<br>**Green Bay, WI 54307** |
| **Spirko, LLC** | **J & R Dairy Svcs.**<br>**5350 W. 38th St.**<br>**Cicero, IL 60804** |
| **Spirko, LLC** | **JAB Produce**<br>**2404 S. Wolcott**<br>**#23**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Jack Tuchten Whlsle**<br>**2404 S. Wolcott Ave.**<br>**#31**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Jasper Meats**<br>**9 Morgan Ln**<br>**Barrington, IL 60010** |
| **Spirko, LLC** | **Jeanette/Kristine Ent**<br>**4724 Keystone Ave.**<br>**Chicago, IL 60630** |
| **Spirko, LLC** | **Kehe Food Distrib.**<br>**900 N. Schmidt Rd.**<br>**Romeoville, IL 60446** |
| **Spirko, LLC** | **Krinos Foods Inc.**<br>**47-00 Northern Blv.**<br>**Long Island Cty, NY 11101** |
| **Spirko, LLC** | **L. Isaacson & Stein**<br>**800 W. Fulton Market**<br>**Chicago, IL 60607** |

Sheet __4__ of __8__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re    **Kostas Papadimitriou**                                                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spirko, LLC** | **Lifeway Foods Inc.**<br>**6431 W. Oakton St.**<br>**Morton Grove, IL 60053** |
| **Spirko, LLC** | **Lipari Foods**<br>**26661 Bunert Rd.**<br>**Warren, MI 48089** |
| **Spirko, LLC** | **Lowell Int'l Co.**<br>**9234 W. Belmont Ave.**<br>**Franklin Pk, IL 60131** |
| **Spirko, LLC** | **Ludwig Dairy Inc.**<br>**1270 Mark St.**<br>**Elk Grove Village, IL 60007** |
| **Spirko, LLC** | **Mandolini Co.**<br>**2404 S. Wolcott Ave**<br>**#28**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Metropolitan Rotary**<br>**714 S. Rosehall Ln**<br>**Round Lake, IL 60073** |
| **Spirko, LLC** | **Michael Ralph**<br>**Ralph, Schwab, Schiever Chtd.**<br>**175 East Hawthorn Parkway #345**<br>**Vernon Hills, IL 60061** |
| **Spirko, LLC** | **Milfico Foods Inc.**<br>**1350 Greenleaf Ave.**<br>**Elk Grove Village, IL 60007** |
| **Spirko, LLC** | **Natar Foods**<br>**17 53rd St.**<br>**Brooklyn, NY 11232** |
| **Spirko, LLC** | **Nealy Foods**<br>**900 W. Fulton Market**<br>**Chicago, IL 60607** |
| **Spirko, LLC** | **Nicor Gas**<br>**P.O. Box 0416**<br>**Aurora, IL 60568** |
| **Spirko, LLC** | **Nopalina Midwest**<br>**7786 Nursery Dr.**<br>**Gurnee, IL 60031** |
| **Spirko, LLC** | **Norman Distrib.**<br>**5203 W. 65th St.**<br>**Bedford Pk, IL 60638** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Kostas Papadimitriou**
_____, Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spirko, LLC** | **Northern Country**<br>1112 S. Railroad St. SE<br>Bemidji, MN 56619 |
| **Spirko, LLC** | **Northern Leasing System**<br>132 W. 31st St.<br>New York, NY 10001 |
| **Spirko, LLC** | **Oberweis Dairy**<br>951 Icecream Dr. Swt One<br>N. Aurora, IL 60542 |
| **Spirko, LLC** | **Omogenia & Chicago**<br>7902 Maple St.<br>Morton Grove, IL 60053 |
| **Spirko, LLC** | **Optima Foods Chgo**<br>241 Holbrook Dr.<br>Wheeling, IL 60090 |
| **Spirko, LLC** | **Orlando Greco & Sons**<br>191 Tubeway Dr.<br>Carol Stream  IL |
| **Spirko, LLC** | **PARS Ice Cream Inc.**<br>2700 W. Division<br>Melrose Park, IL 60160 |
| **Spirko, LLC** | **Peoria Packing Ltd**<br>1307 W. Lake St.<br>Chicago, IL 60607 |
| **Spirko, LLC** | **Racconto**<br>2060 Janice Ave.<br>Melrose Park, IL 60160 |
| **Spirko, LLC** | **Raja Foods**<br>8110 N. St. Louis Ave.<br>Skokie, IL 60076 |
| **Spirko, LLC** | **RBS WorldPay**<br>8110 N. St. Louis Ave<br>Ste 260<br>Atlanta, GA 30350 |
| **Spirko, LLC** | **Registry Steaks/Seafoods**<br>7661 S. 70th Ave.<br>Unit B<br>Bridgeview, IL 60455 |
| **Spirko, LLC** | **Schafer Fisheries Inc.**<br>2112 Sandridge Rd.<br>Thomson, IL 61285 |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Kostas Papadimitriou**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spirko, LLC** | **Shore Egg & Produce**<br>**1135 W. Fulton Market**<br>**Chicago, IL 60607** |
| **Spirko, LLC** | **SLI Corp.**<br>**3445 N. Kimball Ave.**<br>**Chicago, IL 60618** |
| **Spirko, LLC** | **Strube Celery & Vege**<br>**2404 S. Wolcott Ave.**<br>**#16-20**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Svet Int'l Publishing**<br>**350 E. Dundee rd.**<br>**Ste. 206**<br>**Wheeling, IL 60090** |
| **Spirko, LLC** | **Telecheck Svcs**<br>**P.O. Box  60028**<br>**City of Industry, CA 91716** |
| **Spirko, LLC** | **TransNational**<br>**3701 Algonquin Rd.**<br>**Rolling Meadows, IL 60008** |
| **Spirko, LLC** | **Unifirst Corp.**<br>**P.O. Box 911526**<br>**Dallas, TX 75391** |
| **Spirko, LLC** | **V&G Commerce LLC**<br>**881 Central Ave.**<br>**Woodale, IL 60191** |
| **Spirko, LLC** | **V&V Supremo**<br>**2141 S. Throop**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **Valassis**<br>**90469 Collection Ctr Dr.**<br>**Chicago, IL 60693** |
| **Spirko, LLC** | **Vanguard Energy Services**<br>**850 E. Diehl Rd.**<br>** Ste. 142**<br>**Naperville, IL 60563** |
| **Spirko, LLC** | **Voortman Cookies**<br>**P. O. Box 4562**<br>**Buffalo, NY 14240** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re   **Kostas Papadimitriou**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Spirko, LLC** | **Wein Baver Dist. Inc.**<br>**10600 Seymour**<br>**Franklin Pk, IL 60131** |
| **Spirko, LLC** | **World Wide Produce**<br>**2404 S. Wolcott Ave**<br>**#1-4**<br>**Chicago, IL 60608** |
| **Spirko, LLC** | **YPV Distrib. Inc.**<br>**160 Scott St.**<br>**Elk Grove Village, IL 60007** |
| **Spirko, LLC** | **Ziyad Brothers Import**<br>**5400 W. 35th St.**<br>**Chicago, IL 60604** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Kostas Papadimitriou**                                    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **0.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Kostas Papadimitriou**                                              Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 9,155.00 |
|    a. Are real estate taxes included?     Yes **X**    No ___ | | |
|    b. Is property insurance included?     Yes ___    No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 170.00 |
|               b. Water and sewer | $ | 0.00 |
|               c. Telephone | $ | 120.00 |
|               d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 800.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 200.00 |
|               b. Life | $ | 1,000.00 |
|               c. Health | $ | 1,000.00 |
|               d. Auto | $ | 300.00 |
|               e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 0.00 |
|               b. Other _____ | $ | 0.00 |
|               c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Education expense for child** | $ | 400.00 |
|     Other _____ | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 15,475.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 15,475.00 |
| c.   Monthly net income (a. minus b.) | $ | -15,475.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kostas Papadimitriou**                                           Case No. _____
                                                    Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 28, 2009**                    Signature    **/s/ Kostas Papadimitriou**
                                                           **Kostas Papadimitriou**
                                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kostas Papadimitriou**                                          Case No. _____

Debtor(s)                                 Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$64,000.00** | **2009 YTD: Husband Employment Income** |
| **$96,000.00** | **2008: Husband Employment Income** |
| **$72,000.00** | **2007: Husband Employment Income** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$50,000.00** | **2009 YTD: Husband Rental income** |
| **$24,600.00** | **2008: Husband Rental income** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jack Tuchten Wholesale Produce, Inc. et. al. v. Spirko, LLC, et. al, Case no. 09 CV 05798** | **PACA claim** | **U.S. District Court Northern District of Illinois** | |
| **Imperial Realty Company as agent for Klairmont Korners v. Spirko, LLC et. al., Case no. 08 M1 7** | **Action on lease** | **Circuit Court of Cook County, Illinois** | **Order for possession entered** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

#### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David E. Cohen, P.C.**<br>**55 West Monroe Street**<br>**Suite 600**<br>**Chicago, IL 60603** | **12/15/2009** | **$3,701.00 plus $299.00 filing fee** |

#### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

|                          | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                          | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF |                 |                       |
| GOVERNMENTAL UNIT   | DOCKET NUMBER   | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Spirko LLC dba Farmers Best Interna-** | 432074335 | tional Market 8526 W. Golf Rd. Niles, IL 60714 | **Grocery Store** | 9/8/05 to 11/09 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Basco**                                                              **9/8/05 to present**
**2622 W. Peterson**
**Chicago, IL 60659**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                              DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                               ADDRESS

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

**Cambridge Bank**

DATE ISSUED

**1/25/08 (Note: information on financial statement
not provided by debtor)**

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **3/30/2008** | **Kostas Papadimitriou** | **$420,000** |
| **5/20/2009** | **Kostas Papadimitriou** | **$300,000** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **3/30/2008** | **Kostas Papadimitriou** |
| **5/20/2009** | **Kostas Papadimitriou** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 28, 2009**                    Signature   **/s/ Kostas Papadimitriou**
                                                             **Kostas Papadimitriou**
                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kostas Papadimitriou**                        Case No. _____
                                   Debtor(s)           Chapter    **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**132 Old Barrington Road, North Barrington, Illinois 60010** |
|---|---|

Property will be (check one):
    ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                      ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**EMC Mortgage** | **Describe Property Securing Debt:**<br>**1250 South Michigan Avenue, #506, Chicago, Illinois** |
|---|---|

Property will be (check one):
    ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                      ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Inland Bank** | **Describe Property Securing Debt:**<br>**132 Old Barrington Road, North Barrington, Illinois 60010** |

| |
|---|
| Property will be (check one):<br>■ Surrendered                              ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt                              ☐ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 28, 2009**                Signature   **/s/ Kostas Papadimitriou**

                                                    **Kostas Papadimitriou**
                                                    Debtor

# United States Bankruptcy Court
### Northern District of Illinois

| | |
|---|---|
| In re    **Kostas Papadimitriou** | Case No. |
| Debtor(s) | Chapter    **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,701.00** |
| Prior to the filing of this statement I have received | $ | **3,701.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:    **December 28, 2009** | **/s/ David E. Cohen** |
| | **David E. Cohen 6192149** |
| | **David E. Cohen, P.C.** |
| | **55 West Monroe Street** |
| | **Suite 600** |
| | **Chicago, IL 60603** |
| | **(312) 606-3451   Fax: (312) 606-0117** |
| | **DavidECohen@lawcohen.com** |

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kostas Papadimitriou**                                    Case No.
                                                    Debtor(s)        Chapter        **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Kostas Papadimitriou** | X  **/s/ Kostas Papadimitriou**          **December 28, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known) | X |
| | Signature of Joint Debtor (if any)          Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kostas Papadimitriou** _____      Case No. _____
                                          Debtor(s)           Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **124**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 28, 2009** _____        **/s/ Kostas Papadimitriou** _____
                                                   **Kostas Papadimitriou**
                                                   Signature of Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

A-Z Sales Inc.
3717 N. Cicero Ave.
Chicago, IL 60641


A.B Company Inc.
6525 N. Proesel Ave.
Lincolnwood, IL 60712


A/r Concepts
2320 Dean St
Saint Charles, IL 60175


AAA Price Tag
3388 N. Avondale
Chicago, IL 60618


Adamba Imports Intl
3713 N. 25th Ave.
Schiller Park, IL 60516


Advocate General Hospital
1775 W. Dempster
Park Ridge, IL 60068


Amalgamated Bk Chicago
P.O. Box 1106
Chicago, IL 60690


American Bottling
21431 Network Pl.
Chicago, IL 60673


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
P.O. Box 53773
Phoenix, AZ 85072


Amerigas
1030 N. Skokie Hwy.
Gurnee, IL 60031

Amigos Foods
5251 S. Millard
Chicago, IL 60632


Andy's Deli
4021 W. Kinzie
Chicago, IL 60624


ANS Seafood
726 Barberry Rd.
Highland Park, IL 60035


Antony Morano Co.
3000 S. Ashland Ave.
#100
Chicago, IL 60608


Ashland Sausage
280 Westgate Dr.
Carol Stream, IL 60188


Asset Acceptance
Po Box 2036
Warren, MI 48090


Athenian Foods
1814 N. 15th Ave.
Melrose Park, IL 60160


Atlantic Press
5501 W. 110th St.
Oak Lawn, IL 60453


Atlas Co.
5050 N. River Rd.
Schiller Park, IL 60176


Auster Company
2404 S. Wolcott Ave.
#3233
Chicago, IL 60608


Baltic Food Distr.
1041 VanDustrial Dr.
Westmont, IL 60559

Bank of America
P.O. Box 5170
Simi Valley, CA 93062


Bank of America
P.O. Box 5170
Sim Valley, CA 93062


BASCO
2622 W. Peterson
Chicago, IL 60659


Battaglia Distr.
2545 S. Ashland Ave.
Chicago, IL 60608


Bon Ton Food Svc
275 E. Hintz St.
Wheeling, IL 60090


Broadview Security
P.O. Box 631877
Irving, TX 75063


Bulcon Ltd
102 Augusta Dr.
Gilberts, IL 60136


Capital One Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital One Bank
P.O. Box 85520
Richmond, VA 23285


Chelton USA
P.O. Box 127
Glenview, IL 60025


City Wide Produce
2404 S. Wolcott Ave.
#2930
Chicago, IL 60608

Collection
Attn: Bankrutpcy Department
Po Box 10587
Greenville, SC 29603


Cuisine de France
P.O. Box 800
Wayne, PA 19087


David Bojan CPA
2623 Chesapeake Ln.
Northbrook, IL 60062


Dearborn Wholesale
2801 S. Western Ave.
Chicago, IL 60608


Dietz & Kolodenko
2404 S. Wolcott Ave
#24-25
Chicago, IL 60608


Dimitris Produce
4018 N. Octavia Ave.
Norridge, IL 60706


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


DPI Midwest
3812 Collection Ctr Dr.
Chicago, IL 60693


Dutch Farms
1573 Momentum Pl.
Chicago, IL 60689


Eagle Distrib. Inc.
5632 N. Northwest Highway
Chicago, IL 60646


El Rey Seafood
4315 S. Tripp Ave.
Chicago, IL 60632

EMC Mortgage
Attention: Bankruptcy Clerk
PO Box 293150
Lewisville, TX 75029


Evergreen Intern'l
2404 S. Wolcott Ave
#8&9
Chicago, IL 60608


Every Day Fresh Prod
P.O. Box #656
Lemont, IL 60439


Fantis Imports Inc.
3612 N. Acorn Ln.
Franklin Pk, IL 60131


FDI Food Depot Intl
1178 Flex Ct.
Lake Zurich, IL 60047


Feinberg, Dennis
221 N. LaSalle St.
Suite 1100
Chicago, IL 60601


Fresh Made Inc.
6431 W. Oakton
Morton Grove, IL 60053


Gil & Gil
4072 S. Francisco Ave.
Chicago, IL 60632


Globalcom
200 E. Randolph St.
Ste 2300
Chicago, IL 60601


GNP Mamagement Group
P.O. Box 389509
Chicago, IL 60638

Golden Country Orient
2355 S. Blue Island Ave.
Chicago, IL 60608


Goya Foods Inc.
36744 Eagleway
Chicago, IL 60678


Greenridge Farm, Inc.
2355 Greenleaf Ave.
Elk Grove Village, IL 60007


Groot Industries Inc
P.O. Box 92317
Elk Grove Village, IL 60009


Gurman G.I.F.T.
60 E. Beech Dr.
#317
Schaumburg, IL 60193


Hartland Produce Co.
4550 70th Ave.
Kenosha, WI 53144


Hawthorn Melody
P. O. Box 299
Rockford, IL 61105


Hyson USA Inc.
612 Supreme Dr.
Bensenville, IL 60106


Icemakers
P.O. Box 5436
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601


Illinois Tollway Authority
Authority Drive
Downers Grove, IL 60515

Imperial Realty Company/Klairmont
Corners, LLC
4800 W. Peterson
Chicago, IL 60646


Inland Bank
4556 LaGrange Road
La Grange, IL 60525


Int'l Golden Foods
819 Industrial Dr.
Bensenville, IL 60106


Integrys Energy Svcs
P.O. Box 19046
Green Bay, WI 54307


J & R Dairy Svcs.
5350 W. 38th St.
Cicero, IL 60804


JAB Produce
2404 S. Wolcott
#23
Chicago, IL 60608


Jack Tuchten Whlsle
2404 S. Wolcott Ave.
#31
Chicago, IL 60608


Jane Papasimitriou
132 Old Barrington Road
North Barrington, IL 60010


Jasper Meats
9 Morgan Ln
Barrington, IL 60010


Jeanette/Kristine Ent
4724 Keystone Ave.
Chicago, IL 60630

Kehe Food Distrib.
900 N. Schmidt Rd.
Romeoville, IL 60446


Krinos Foods Inc.
47-00 Northern Blv.
Long Island Cty, NY 11101


L. Isaacson & Stein
800 W. Fulton Market
Chicago, IL 60607


Lifeway Foods Inc.
6431 W. Oakton St.
Morton Grove, IL 60053


Lipari Foods
26661 Bunert Rd.
Warren, MI 48089


Louis Pretekin
4747 W. Peterson
Suite 200
Chicago, IL 60646


Lowell Int'l Co.
9234 W. Belmont Ave.
Franklin Pk, IL 60131


Ludwig Dairy Inc.
1270 Mark St.
Elk Grove Village, IL 60007


Mandolini Co.
2404 S. Wolcott Ave
#28
Chicago, IL 60608


Metropolitan Rotary
714 S. Rosehall Ln
Round Lake, IL 60073

Michael Ralph
Ralph, Schwab, Schiever Chtd.
175 East Hawthorn Parkway #345
Vernon Hills, IL 60061


Milfico Foods Inc.
1350 Greenleaf Ave.
Elk Grove Village, IL 60007


Natar Foods
17 53rd St.
Brooklyn, NY 11232


Nealy Foods
900 W. Fulton Market
Chicago, IL 60607


Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


Nicor Gas
P.O. Box 0416
Aurora, IL 60568


Nopalina Midwest
7786 Nursery Dr.
Gurnee, IL 60031


Norman Distrib.
5203 W. 65th St.
Bedford Pk, IL 60638


Northern Country
1112 S. Railroad St. SE
Bemidji, MN 56619


Northern Leasing System
132 W. 31st St.
New York, NY 10001


Oberweis Dairy
951 Icecream Dr. Swt One
N. Aurora, IL 60542

Omogenia & Chicago
7902 Maple St.
Morton Grove, IL 60053

Optima Foods Chgo
241 Holbrook Dr.
Wheeling, IL 60090

Orlando Greco & Sons
191 Tubeway Dr.
Carol Stream  IL

PARS Ice Cream Inc.
2700 W. Division
Melrose Park, IL 60160

Peoria Packing Ltd
1307 W. Lake St.
Chicago, IL 60607

Racconto
2060 Janice Ave.
Melrose Park, IL 60160

Raja Foods
8110 N. St. Louis Ave.
Skokie, IL 60076

RBS WorldPay
8110 N. St. Louis Ave
Ste 260
Atlanta, GA 30350

Registry Steaks/Seafoods
7661 S. 70th Ave.
Unit B
Bridgeview, IL 60455

Schafer Fisheries Inc.
2112 Sandridge Rd.
Thomson, IL 61285

Shore Egg & Produce
1135 W. Fulton Market
Chicago, IL 60607

SLI Corp.
3445 N. Kimball Ave.
Chicago, IL 60618


Spirko, LLC


Strube Celery & Vege
2404 S. Wolcott Ave.
#16-20
Chicago, IL 60608


Svet Int'l Publishing
350 E. Dundee rd.
Ste. 206
Wheeling, IL 60090


Telecheck Svcs
P.O. Box 60028
City of Industry, CA 91716


TransNational
3701 Algonquin Rd.
Rolling Meadows, IL 60008


Unifirst Corp.
P.O. Box 911526
Dallas, TX 75391


V&G Commerce LLC
881 Central Ave.
Woodale, IL 60191


V&V Supremo
2141 S. Throop
Chicago, IL 60608


Valassis
90469 Collection Ctr Dr.
Chicago, IL 60693


Vanguard Energy Services
850 E. Diehl Rd.
 Ste. 142
Naperville, IL 60563

Voortman Cookies
P. O. Box 4562
Buffalo, NY 14240


Wein Baver Dist. Inc.
10600 Seymour
Franklin Pk, IL 60131


William S. Schwartz
LEVENFELD PEARLSTEIN, LLC
400 Skokie Blvd. Suite 700
Northbrook, IL 60062


World Wide Produce
2404 S. Wolcott Ave
#1-4
Chicago, IL 60608


YPV Distrib. Inc.
160 Scott St.
Elk Grove Village, IL 60007


Ziyad Brothers Import
5400 W. 35th St.
Chicago, IL 60604